UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                    Chapter 15

BRITISH-AMERICAN INSURANCE                Case No. 09-31881 - EPK
COMPANY LIMITED

    Debtor in a Foreign Proceeding
_____/

**FOREIGN REPRESENTATIVE'S STATEMENT IN SUPPORT OF VERIFIED PETITION FOR RECOGNITION OF FOREIGN MAIN PROCEEDING OR IN THE ALTERNTIVE A FOREIGN NONMAIN PROCEEDING AND FOR COORDINATION UNDER 11 U.S.C. § 1530 OF MORE THAN 1 FOREIGN PROCEEDING AND RELATED RELIEF PURSUANT TO 11 U.S.C. § 1515**

Juan M. Lopez, also known as John M. Lopez ("Lopez"), as duly appointed Judicial Manager for British-American Insurance Company Limited ("British American") and foreign representative ("Foreign Representative"), pursuant to 11 U.S.C. § 1515(c), states and attests to the following:

1. British American is a company incorporated on June 11, 1920 under the laws of The Commonwealth of The Bahamas and is regulated by the Insurance Commission of The Bahamas (the "Insurance Commission").

2. British American has branch operations in Anguilla; Antigua and Barbuda; Bermuda; The Cayman Islands; Dominica; Guyana; Grenada; Montserrat; St. Kitts and Nevis; Panama; St. Lucia; Curacao, The Turks and Caicos Islands and St. Vincent and the Grenadines. It also operates in Barbados, Trinidad and Tobago, Curacao, Aruba, the Turks and Caicos Islands and the British Virgin Islands through subsidiaries.

3. The Board of Directors of British American resigned from their positions on or about June 30, 2009.

4.     On September 8, 2009, the Supreme Court of The Commonwealth of The Bahamas, Commercial Division, granted the Insurance Commission's Petition for Appointment of Lopez as Judicial Manager for British American commencing the Foreign Proceeding.

5.     In addition, since July 31, 2009, British American has had a number of Judicial Managers and an Administrator appointed to oversee its operations through the Courts in various of the jurisdictions in which it operates as follows:

| DATE | COURT | NAME | ADDRESS |
|---|---|---|---|
| July 31, 2009 | The Eastern Caribbean Supreme Court in the High Court of Justice Antigua and Barbuda | Cleveland Seaforth (Judicial Manager) | British American Insurance Company Limited Antigua and Barbuda Branch<br><br>KPMG Sagicor Financial Centre 9 Factory Road St John's Antigua |
| July 31, 2009 | The Eastern Caribbean Supreme Court in the High Court of Justice (Anguilla Circuit) | Claudel Romney (Administrator) | British American Insurance Company Limited Anguilla Branch<br><br>KPMG LLC Caribbean Commercial Centre P.O. Box 136 The Valley Anguilla |
| July 31, 2009 | The Eastern Caribbean Supreme Court in the High Court of Justice Federation of Saint Christopher and Nevis | Lisa Taylor (Judicial Manager) | British American Insurance Company Limited Saint Christopher and Nevis Branch<br><br>KPMG Hastings Christ Church Bridgetown BB15154 Barbados |
| July 31, 2009 | The Eastern Caribbean Supreme Court In the High Court of Justice Saint Lucia | Frank Myers (Judicial Manager) | British American Insurance Company Limited St. Lucia Branch |

2

| DATE | COURT | NAME | ADDRESS |
|---|---|---|---|
| | | | KPMG<br>Morgan Building<br>L'Anse Road<br>Castries<br>St. Lucia |
| August 4, 2009 | In the Eastern Supreme Court in the High Court of Justice Saint Vincent and The Grenadines | Brian Glasgow<br>(Judicial Manager) | British American Insurance Company Limited Saint Vincent & the Grenadines Branch<br><br>KPMG<br>Kingstown Park<br>Financial Services Centre<br>Kingstown<br>Saint Vincent and the Grenadines |
| August 5, 2009 | The Eastern Caribbean Supreme Court in the High Court of Justice Montserrat | Casey McDonald<br>(Judicial Manager) | British American Insurance Company Limited Monserrat Branch<br><br>KPMG<br>P.O. Box 493 GT<br>Century Yard, KY1-1106<br>Cayman Islands |
| August 5, 2009 | In the Supreme Court of Grenada and the West Indies Associated States High Court of Justice | Reuben M. John<br>(Judicial Manager) | British American Insurance Company Limited Grenada Branch<br><br>KPMG<br>Kingstown Park<br>Financial Services Centre<br>Kingstown<br>Saint Vincent and the Grenadines |

These appointees shall collectively be referred to hereinafter as "Judicial Managers," together with me as described below.

6.   Further a provisional liquidator was appointed over the operations of British American's Bermuda branch on August 3, 2009 as follows:

| DATE | COURT | NAME | ADDRESS |
|---|---|---|---|

3

| | | | |
|---|---|---|---|
| August 3, 2009 | In the Supreme Court of Bermuda Commercial Court Companies (Winding-Up) | Stephen Lowe (Provisional Liquidator) | British American Insurance Company Limited<br>KPMG (as agent for the Official Receiver)<br>Crown House<br>4 Par-La-Ville Road<br>Hamilton, HM 08<br>Bermuda |

7. Most recently, Controllers were appointed over the operations of British American's Cayman Islands branch on September 15, 2009 as follows:

| DATE | COURT | NAME | ADDRESS |
|---|---|---|---|
| September 15, 2009 | In the Grand Court of The Cayman Islands | Simon Whicker and Kris Beighton, (Controllers) | British American Insurance Company Limited Cayman Islands Branch<br><br>KPMG<br>P.O. Box 493 GT<br>Century Yard, KY1-1106<br>Cayman Islands |

8. Each of the Judicial Managers, Provisional Liquidator and Controllers was appointed upon application by government regulators in each of their respective jurisdictions and were empowered and directed to protect the assets of British American for the benefit of its creditors who are likely to be in large part policyholders who have annuities, pensions, basic health care and other types of insurance policies issued by British American in a number of jurisdictions.

9. Moreover, as fiduciaries appointed in each of their respective jurisdictions, the Judicial Managers, Provisional Liquidator and Controllers are in the process of trying to

ascertain the assets of British American and to take steps to properly defend claims against such assets while coordinating with each other to establish a unified procedure within which to respond to, appear, and respond to pending litigation involving British American and/or its assets in the United States.

10. The Judicial Managers, Provisional Liquidator and Controllers as court appointed fiduciaries in each of their respective jurisdictions have been diligent in trying to ascertain the breadth of the assets of British American and the extent of liabilities and or claims against British American since their appointment. Due to the expansive nature of the British American operations, the process of coordination between the Judicial Managers, Provisional Liquidator and Controllers has begun.

11. More importantly, the Judicial Managers, Provisional Liquidator and Controllers who are each partners of member firms affiliated with KPMG International, a Swiss cooperative, have all coordinated their efforts through Lopez on behalf of British American and seek recognition of all the proceedings before this Court jointly with Lopez, the judicial manager for British American in the Bahamas, in order to best protect the interests of British American in the United States.

12. British American has a foreign proceeding pending in the Bahamas where it was incorporated. Accordingly, the Bahamas is presumptively the center of its main interest in the Bahamas where the Foreign Proceeding is pending.

13. , British American, has an "establishment", under §1502(2), in a number of the jurisdictions where British American presently carries out economic activity under the direct control of the Judicial Managers, Provisional Liquidators and Controllers all of whom are coordinating their efforts through Lopez.

14.     As of the date of this Statement, all efforts on behalf of British American including conducting its daily activities, and efforts to investigate and ascertain its assets in each of the jurisdictions are coordinated through Lopez and each of the Judicial Managers, Provisional Liquidators and Controllers have designated Lopez as their representative for purposes of the requirements for Recognition of a Foreign Main Proceeding under Title 11 of the United States Bankruptcy Code.

15.     For the foregoing reasons, I believe that recognition of the proceeding pending in the Bahamas as a foreign main proceeding or, or in the alternative, recognition of the proceeding as a foreign non-main proceeding, is appropriate and warranted and coordination of more than 1 foreign proceeding regarding the Debtor is also appropriate under 11 U.S.C. § 1530.

16.     I believe that the Southern District of Florida is the district in which British American has its principal assets in the United States. Specifically, the Debtor has interests, through various intermediary companies, in many corporate entities that own real estate properties located in Florida. Further, the Debtor has interests in investments whose managers and/or custodians are located in Florida.

17.     In addition, I have reason to believe there may be other assets of British American located in the United States as well, but substantial investigation is necessary to ascertain the location, scope, breadth and or value of any such assets.

18.     I filed a petition for recognition via Official Form 1 and submitted a Verified Petition for Recognition of Foreign Main Proceeding or in the Alternative for Recognition of a Foreign Non-Main Proceeding and for Coordination and Related Relief to protect British American's assets for the benefit of creditors.

**I verify under penalty of perjury under the laws of the United States of America that the factual allegations contained herein are true and correct.**


Date: October 9, 2009                                             /s/ Juan Lopez
                                                                  Juan Lopez, as Judicial Manager/Foreign Representative