

**ORDERED in the Southern District of Florida on November 18, 2009.**

_____
**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**

| | |
|---|---|
| **In re:** | **Case No. : 09-31881-EPK** |
| **BRITISH-AMERICAN INSURANCE COMPANY LIMITED,** | **Chapter 15** |
| **Debtor.** _____/ | |

### ORDER GRANTING FOREIGN REPRESENTATIVE, JUAN LOPEZ'S, EMERGENCY MOTION FOR COURT TO TAKE JUDICIAL NOTICE OF FOREIGN LAW

This matter came before the Court for hearing on November 6, 2009 upon *Foreign Representative, Juan Lopez's, Emergency Motion for Court to Take Judicial Notice of Foreign Law* [DE 18] (the "Motion"). For the reasons stated on the record at the November 6, 2009 hearing, it is

ORDERED and ADJUDGED that the Motion [DE 18] is GRANTED.

###

Copies furnished to:
U.S. Trustee
Leyza F. Blanco, Esq.

*Attorney Leyza F. Blanco shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of Court.*