ORDERED in the Southern District of Florida on    JAN 3  2011



Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                              Case No. 09-31881-EPK

BRITISH AMERICAN INSURANCE                          Chapter 15
COMPANY LIMITED,

    Debtor(s).
_____/

## ORDER DENYING MOTION TO ENFORCE COURT'S ORDER AS TO CERTAIN PROPERTY OF THE ESTATE AND MOTION TO COMPEL WITHOUT PREJUDICE FOR FAILURE TO PROVIDE REQUIRED NOTICE

This matter came before the Court on the *Motion to Enforce Court's Order as to Certain Property of the Estate and Motion to Compel* [DE 92] (the "Motion") filed by Brian Glasgow, as duly appointed Judicial Manager for British-American Insurance Company Limited and foreign representative (the "Movant"). Pursuant to Local Rule 9073-1(A), the clerk issued a Notice of Hearing [DE 93] with regard to the Motion, setting a hearing on January 6, 2011. Local Rule 9073-1(B) required the Movant to immediately serve the Notice of Hearing and file, not later than two business days after service of the notice of hearing, a certificate of service for the Notice of Hearing as required under Local Rule 2002-1(F). Fed. R. Bankr. P. 9006(d) requires that a notice of hearing be served not later than seven days before the time specified for the hearing. Local Rule 9073-1(B) provides that a request for relief as to which a notice of hearing is not timely served or a certificate of service timely filed may be denied *sua sponte* by the Court without further notice or hearing.

Movant filed no certificate of service with regard to the Notice of Hearing. Under the circumstances of this case, the Court finds that there has not been adequate notice of the hearing scheduled on the Motion.

As a result, it is ORDERED that:

1. The Motion is DENIED without prejudice.

2. If counsel who filed the Motion files a motion requesting the same or substantially similar relief on behalf of Movant, counsel shall not charge Movant for any fees or expenses in connection with the preparation or filing of such substitute motion including, without limitation, any filing fee.

###

Copies furnished to:

Leyza F. Blanco, Esq.

*The Movant is directed to serve a conformed copy of this order on all appropriate parties and file a certificate of service with the Court.*