

**ORDERED in the Southern District of Florida on March 11, 2011.**

*Erik P. Kimball, Judge*
*United States Bankruptcy Court*

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Chapter 15 |
| BRITISH-AMERICAN INSURANCE COMPANY LIMITED | Case No. 09-31881-BKC-EPK<br>Case No. 09-35888-BKC-EPK |
| Debtor in a Foreign Proceeding | *Jointly Administered* |

### ORDER GRANTING IN PART FOREIGN REPRESENTATIVE'S RENEWED MOTION TO ENFORCE COURT'S ORDER AS TO CERTAIN PROPERTY OF THE ESTATE AND MOTION TO COMPEL

THIS CAUSE came before the Court on January 27, 2011 at 1:30 p.m. upon Brian Glasgow, as duly appointed Judicial Manager for British-American Insurance Company Limited ("British American") and foreign representative, ("Foreign Representative"), Renewed Motion to Enforce Court's Order as to Certain Property of the Estate and Motion to Compel [D.E. #95] (the "Motion"). The Court having reviewed the Motion, having heard argument of counsel, and for the reasons stated on the record, it is

**ORDERED AND ADJUDGED** that:

{1374/000/00066947}

A. The Motion is granted in part as follows:

B. The Foreign Representative is entitled to re-depose the corporate representative designated by the Corban Entities for the sole purpose of asking questions tailored specifically to whether or not the Corban Entities have possession or control of additional documents that are responsive to the following discovery requests: (i) All documents which reflect the value and positions of all funds owned by British American Insurance Company Limited as of May 31, 2010; and (ii) All documents which reflect any account owned by British American Insurance Company Limited as of May 31, 2010.

C. Within fourteen (14) days from the date of this order, the Corban Entities shall serve upon the Foreign Representative supplemental responses to the following discovery requests: (i) All documents which reflect the value and positions of all funds owned by British American Insurance Company Limited as of May 31, 2010; and (ii) All documents which reflect any account owned by British American Insurance Company Limited as of May 31, 2010.

D. Within fourteen (14) days from the date of this order, the Corban Entities shall deliver to the Foreign Representative whatever assets they possess that constitutes property of British American Insurance Company Limited. If the Corban Entities do not possess any property of British American Insurance Company Limited, the Corban Entities shall inform the Foreign Representative of such in writing.

###

Submitted by:
Ileana E. Christianson, Esq.
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Telephone:    (305) 416-6880
Facsimile:    (305) 416-6887

{1374/000/00066947}

Copies furnished to:
Ileana E. Christianson, Esq.

*(Attorney Christianson is directed to serve a conformed copy of the foregoing document to all parties in interest and file a Certificate of Service with this Court)*

{1374/000/00066947}