UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

| | |
|---|---|
| In re<br><br>BRITISH AMERICAN INSURANCE<br>COMPANY LIMITED,<br><br>      Debtor in a Foreign Proceeding. | Case No. 09-31881-BKC-EPK<br>Case No. 09-35888-BKC-EPK<br><br>Chapter 15<br>(Jointly Administered) |

**JOINT EX PARTE MOTION FOR SUBSTITUTION OF COUNSEL**

COME NOW, the undersigned attorneys, and move the Court for an order in the above-captioned adversary proceeding substituting the firm of Squire Sanders (US) LLP as counsel for the Debtor, with Debtor's consent (attached), instead of and in place of the firm of GrayRobinson, P.A. A proposed form of Order is attached and, upon entry of the Order requested hereby, all future pleadings, motions and papers should be served on the undersigned as counsel for Debtor.

Respectfully submitted,

| | |
|---|---|
| GRAYROBINSON, P.A.<br>1221 Brickell Ave. #1650<br>Miami, FL  33155<br>Telephone:  305.416.6880<br>Facsimile:  305.416.6887<br>E-mail:  leyza.blanco@gray-robinson.com<br><br>By:   */s/ Leyza F. Blanco*<br>    Leyza F. Blanco<br>    Florida Bar No. 104639<br>    Juan C. Martinez<br>    Florida Bar No. 9024 | SQUIRE SANDERS (US) LLP<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL  33401-6198<br>Telephone:  561.650.7200<br>Facsimile:  561.655.1509<br>E-mail:  sean.cork@squiresanders.com<br><br>By:   */s/ Sean T. Cork*<br>    Traci H. Rollins<br>    Florida Bar No. 769071<br>    Sean T. Cork<br>    Florida Bar No. 95035 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of foregoing document has been served on this 1st day of August, 2012 by US Mail on all interested parties and on all interested parties registered to receive notice via the Court's CM/ECF notification system.

**CERTIFICATE OF ADMISSION**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

                                                   /s/ Sean T. Cork
                                                 Sean T. Cork

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

Kluger Kaplan Silverman Katzen & Levine P.L.
c/o Steven I. Silverman, Esq.
201 South Biscayne Blvd., Floor 17
Miami, FL 33131

Green Island Ranch, Inc.
Friar's Cove, Inc. &
Canoe Creek Properties, LLP
Fassett, Anthony & Taylor, P.A.
Ladd Fassett
1325 W. Colonial Dr.
Orlando, FL 32804

John A. Yanopoulos
DYL Group
1221 Brickell Ave. #660
Miami, FL 33131

Brian Branker
No. 32 Sunset Dr.
Bayshore, Carenage
Trinidad & Tobago

Shiva Ramberran
3930 Marietta Way
St. Cloud, FL 34772.

Corban Fund II, Limited Partnership
Philip J. Landau
SHRAIBERG, FERRARA & LANDAU, P.A.
2385 NW Executive Center Drive, #300
Boca Raton, FL 33431
Email: plandau@sfl-pa.com

Andrew M. Gross, Esq
Hunt & Gross, P.A.
2200 NW Corporate Boulevard
Suite 401
Boca Raton, FL 33431

Colonial Development Group LLC & Creative Management
c/o Adache Group Architects, Inc.
550 S. Federal Highway
Ft. Lauderdale, FL 33301

Colonial Life Insurance Company (Trinidad) Ltd.
29 St. Vincent Street
Port of Spain, Trinidad

Corban Fund II
Attn: Shiva Ramberran
3930 Marietta Way
St. Cloud, FL 34772

Daniel Adache
DEA02 LLC
c/o Adache Group Architects, Inc.
550 S Federal Highway
Ft. Lauderdale, FL 33301

Dwayne E. Williams, Esq.
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132

Equistar
515 E. Las Olas Blvd., Suite 1050
Ft. Lauderdale, FL 33301

Geoffrey Leid
Leid & Company
No. 187B Tragarate Road
Port of Spain, Trinidad and Tobago

Geoffrey Travis, Esq.
Shutts & Bowen, LLP
201 S. Biscayne Boulevard, Suite 1500
Miami, FL 33131

Hoffman, Larin & Agnetti, P.A.
c/o John B. Agnett, Esq.
909 N. Miami Beach Blvd., Suite 201
Miami, FL 33162

Holland & Knight, LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

JEALP
2200 NW Corporate Boulevard, Suite 401
Boca Raton, FL 33431

Jerrold R. Krystoff
JRK02, LLC
515 E. Las Olas Blvd., Suite 1050
Ft. Lauderdale, FL 33301

Joseph R. Cook, Esq
Hunt, Cook, Riggs, Mehr and Miller P.A.
2200 NW Corporate Boulevard, Suite 401
Boca Raton, FL 33431

Palazzo Las Olas Group LLC
c/o CL Financial Limited
29 St. Vincent Street
Port of Spain, Trinidad

Peter Goldman
c/o Broad and Cassel
One Financial Plaza, Suite 2700
Ft. Lauderdale, FL 33301

Robert E. Goldman, Esq.
P.O. Box 239
Fountainville, PA 18923

Robert Joseph Hunt, Esq.
Hunt & Gross, P.A.
2200 NW Corporate Boulevard, Suite 401
Boca Raton, FL 33431

SAP Andina Y del Caribe CA
c/o Harvey W. Gurland, Jr.
Duane Morris, LLP
200 S. Biscayne Boulevard, Suite 3410
Miami, FL 33131

Silverberg & Weis
2665 Executive Park Drive, Suite 2
Weston, FL 33331

Wells Fargo
1111 Brickel Avenue, Suite 1800
Miami, FL 33131

COL/842436.3