

ORDERED in the Southern District of Florida on August 6, 2012.

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### West Palm Beach Division

| | |
|---|---|
| In re<br><br>BRITISH AMERICAN INSURANCE<br>COMPANY LIMITED,<br><br>Debtor in a Foreign Proceeding. | Case No. 09-31881-BKC-EPK<br>Case No. 09-35888-BKC-EPK<br><br>Chapter 15<br>(Jointly Administered) |

### ORDER GRANTING JOINT EX PARTE MOTION FOR SUBSTITUTION OF COUNSEL (DE 131)

This cause came before the Court on the Joint Ex Parte Motion for Substitution of Counsel for British American Insurance Company Limited. The Court, being otherwise fully advised in the premises, hereby ORDERS and ADJUDGES that:

The Motion is APPROVED. GrayRobinson, P.A. is hereby withdrawn as counsel for British American Insurance Company Limited. The law firm of Squire Sanders (US)

2

LLP is hereby substituted as counsel of record for British American Insurance Company Limited.

### ###

| | |
|---|---|
| Submitted by: | Sean T. Cork, Esquire |
| | SQUIRE SANDERS (US) LLP |
| | Attorney for Debtor |
| | 1900 Phillips Point |
| | 777 South Flagler Drive |
| | West Palm Beach, FL  33401 |
| | Tel:  (561) 650-7200 |
| | Fax: (561) 655-1509 |

*Attorney Cork is hereby directed to serve a copy of this Order on all interested parties and to file a Certificate of Service.*

2