

ORDERED in the Southern District of Florida on October 22, 2012.

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### West Palm Beach Division
### www.flsb.uscourts.gov

IN RE:

BRITISH-AMERICAN INSURANCE,       Case No.: 09-31881-BKC-EPK
COMPANY LIMITED,      Case No.: 09-35888-BKC-EPK

     Chapter 15

    Debtor in a Foreign Proceeding,      *Jointly Administered*

## ORDER DENYING MOTION TO DISMISS [D.E. 141]

THIS CAUSE came for hearing before the Court on October 18, 2012 at 10:30 a.m. in West Palm Beach, Florida (the "**Hearing**") upon consideration of the motion (the "**Motion**")[1] [D.E. 141] of Ms. Eliza Hepburn-Belizaire ("**Movant**"), purported creditor of the above-captioned debtor (the "**Debtor**"), for entry of an order either dismissing this Chapter 15 proceeding (the "**Case**") or further disclosing the Case to Bahamian policyholders; and upon the

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed in the Motion.

*Response To Ms. Hepburn-Belizaire's Motion to Dismiss* filed by the Debtor (the "**Response**") and the *Declaration of Juan Lopez in Support of Response to Ms. Hepburn-Belizaire's Motion to Dismiss* [D.E. 150]; and due and sufficient notice of the Hearing having been given; and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein and the Response pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein and the Reponse; and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor,

    **ORDERED** as follows:

    1.    The Motion is **DENIED** in its entirety.

    2.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

Prepared and Submitted by:

**SQUIRE SANDERS (US) LLP**
Sean T. Cork, Esq.
Traci H. Rollins, Esq.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198

Copies to:

The movant shall serve a copy of this Order on all parties served with the Motion and file a certificate of service with the Court.